**Order filed, December 21, 2017.**



**In The**

# Fourteenth Court of Appeals

_____

**NO. 14-17-00708-CV**

_____

**FORUM US, INC., Appellant**

**V.**

**JEFFREY MUSSELWHITE, AUDIE ROMERO, ANTELOPE OIL TOOL & MFG. CO., LLC, INTERVALE CAPITAL, LLC, HKM CONSULTING, LLC AND WEARSOX, L.P., Appellee**

---

**On Appeal from the 295th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2013-60075**

---

### ORDER

The reporter's record in this case was due **November 27, 2017**. *See* Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order **Tammy Adams**, the substitute court reporter, to file the record in this appeal **within 30 days** of the date of this order.

PER CURIAM